**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Benjamin Waters

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

07 Civ. 9859 (LBS) ( )

-against-

Captain Balwin 807
C.O. Garcia 14448
C.O. Scott 18186

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

APPLICATION FOR THE COURT TO REQUEST COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08

*(Stamp: U.S. DISTRICT COURT FILED MAR 18 2008 S.D. OF N.Y.)*

PRO SE OFFICE

1. Name of applicant. Benjamin Waters

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
   It is hard for me to comphrehed all of the terms. Also since I filed these suite I have constantly been moved and put in isolation. I am new to all of these conditions.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
   I wrote to firms out of the phone book I allso wrote to Legal Aid. I don't know what eles to do

4. If you need a lawyer who speaks in a language other than English, state what language you speak:
   No

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed In Forma Pauperis are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: March 25, 2008

Benjamin H Waters III
Signature

**MEMO ENDORSED**

Endorsement
Denied without prejudice to renewal at a later stage of the proceedings.
So ordered
4/15/08
L. Sand USDJ

Rev. 05/2007

COPIES MAILED TO ALL PARTIES
4-15-08