```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BENJAMIN HENRY WATERS III,

                               Plaintiff,

   - against -

CAPTAIN BALWIN #807,
OFFICER SCOTT #18186,
OFFICER GARCIA #14448,

                              Defendants.

------------------------------------------------------------------ x

**NOTICE AND ORDER OF VOLUNTARY DISMISSAL**

07 CV 9859 (LBS)

      **WHEREAS**, plaintiff Benjamin Waters commenced this action by filing a complaint on or about November 7, 2007, alleging that certain of his federal rights were violated, and

      **WHEREAS**, plaintiff Benjamin Waters desires to resolve the issues raised in this matter without further proceedings and without admissions of fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STATED**, by the plaintiff Benjamin Waters as follows:

      1.    The claims in this action brought by Benjamin Waters, are **DISMISSED WITH PREJUDICE**, without attorney's fees or costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).



COPIES MAILED TO ALL PARTIES
8-7-08 SM.

Dated:      New York, New York
               7-15, 2008

Benjamin Waters
Plaintiff, *pro se*
#2410701081
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

By: *[signature]* Benjamin Waters
     Benjamin Waters
     Plaintiff, *pro se*

SO ORDERED:

*[signature]*

HON. LEONARD B. SAND,
U.S.D.J.

8/7/08